MJStar Reporting: INITIAL APPEARANCE, Length of Hearing (minutes): _____
ARRAIGNMENT, Length of Hearing (minutes): 2 mins

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 13 2019

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

United States of America

v.　　　　　　　　　　Case No.: 4:19CR00117-02 BRW

Terrance Deandre Jackson

## PLEA AND ARRAIGNMENT REPORT

Plea Date: 8/13/2019
Continued Until: _____
Reason for continuance _____

Deft is  X  is not ____ in custody
____ Deft did not appear
____ Clerk to issue warrant

### COUNSEL

Assistant U. S. Attorney: **Anne Gardner**
Defense Counsel: Ron Davis _____ (Appointed / (Retained))
Interpreter's Name: _____

### PLEA

TRIAL BEFORE DISTRICT COURT

Not Guilty  X  _____
Guilty (indicates desire) _____
Nolo Contendere (desire) _____

CONSENTS TO TRIAL BEFORE MAGST.

Not Guilty _____
Guilty _____
Nolo Contendere _____

 X  Demands Trial by Jury

____ Waives Jury Trial
Deft agrees _____
Govt agrees _____

### BAIL

Bail Set at: Detained  By: JTK  Date: 8/13/2019
on pretrial release out of Houston - SD Tx; waived - reserve right

Bail Changed to: _____ By: _____ Date: _____

Number of Days estimated for Trial: **3 days**
Estimated Trial Date: **10/1/2019 @ 9:30 a.m., before the Honorable Judge Billy Roy Wilson in Room A401. All Pretrial Motions to be filed within the time specified within the Pretrial Discovery Order, to be entered forthwith.**

Other: _____

**DATE: 8/13/2019**　　　　SO ORDERED: _____
　　　　　　　　　　　　　　U. S. MAGISTRATE JUDGE