# MEMORANDUM

**FILED**
U. S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 29 2021

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

**DATE:** _____6/28/2021_____

**TO:** Criminal Docket Clerk

**FROM:** Melissa Nannen
Investigative Analyst
U.S. Marshals Service

**RE:** Defendant in custody of U.S. Marshals Service

_____ Defendant taken into U.S. Marshal Service custody on a detainer from:
(Date)       _____.

__6/25/21____ Defendant in U.S. Marshal Service custody on an ASR-P/WHCAP from:
(Date)        __FDC Houston_____.

_____ Defendant taken into U.S. Marshal Service custody on a Warrant of Removal.
(Date)

_____ Defendant taken into U.S. Marshal Service custody on a Return Psychiatric Study.
(Date)

_____ Defendant returned to custody of _____
(Date)                                           (State)

_____ Defendant returned to custody of _____
(Date)                                           (Another District)

**CASE NO.** _____4:19cr117_____

**DEFENDANT'S NAME** _____Terrance Jackson_____